172 So.2d 700

Cleophile BABINEAUX

v.

The SOUTHEASTERN DRILLING
CORPORATION et al.

No. 47655.

March 29, 1965.

In re: Seacat Marine Drilling Company (Persian Gulf) S. A. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 170 So.2d 518.

Writ refused. The ruling on the plea to the jurisdiction in personam is correct. In all other respects the applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.

172 So.2d 701

Succession of Willie WINSEY.

No. 47663.

March 29, 1965.

In re: Mary H. Winsey applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 170 So.2d 732.

Writ refused. The pivotal question is one of fact. On the facts found by the

Court of Appeal, there is no error of law in its judgment.

172 So.2d 701

Joseph VULJAN

v.

The BOARD OF COMMISSIONERS OF the
PORT OF NEW ORLEANS.

No. 47667.

March 29, 1965.

In re: Joseph Vuljan applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 910.

Writ refused. No error of law.